UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

United States of America,

        Plaintiff,

vs.

Elias Ambriz Becerra,

        Defendant.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Crim. 07-378(MJD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That the Motion of the Defendant Elias Ambriz Becerra to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 24] is DENIED.

DATED: January 22, 2008           s/Michael J. Davis
At Minneapolis, Minnesota         Michael J. Davis, Judge
                                                         United States District Court